FREDERICK LOSCHE, Appellant, *v.* JULES HURTIG et al., Respondents.

(Argued April 16, 1929; decided April 30, 1929.)

*Harry A. Gair* and *Solomon Goodman* for appellant. *Joseph J. Myers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.